IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NICOIS M. SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-1363-C |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on December 5, 2016. Petitioner has filed a "Motion of Discovery" (Dkt. No. 6) which the Court will treat as an objection to the Report and Recommendation, and the matter will be considered de novo.

In the "Motion of Discovery," Petitioner merely alleges additional wrongs and raises no issue of fact or law to contradict the Magistrate Judge's findings, which this Court finds are entirely correct.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief is dismissed. A judgment will enter.

IT IS SO ORDERED this 12th day of January, 2017.

ROBIN J. CAUTHRON
United States District Judge